IN RE RESIGNATION OF SCHEUB.

[Cite as In re Resignation of Scheub (1988), 40 Ohio St. 3d 609.]

(No. D.R. 88-10—Submitted December 28, 1988—Decided December 30, 1988.)

The resignation of William W. Scheub as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.